IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20071-CIV-HUCK/SIMONTON

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*,<br>LEATRICE FORD and THOMAS SCHUHMANN<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>MEDCATH CORPORATION,<br>ARIZONA HEART HOSPITAL (030102)<br>HEART HOSPITAL OF AUSTIN (450824)<br>HEART HOSPITAL OF BAKERSFIELD (050724)<br>HEART HOSPITAL OF NEW MEXICO (320083)<br>LOUISIANA HEART HOSPITAL (190250), and<br>TEXSAN HEART HOSPITAL (450878),<br><br>*et al.*  [UNDER SEAL]<br><br>　　　　Defendants. | __ SEALED<br><br>__ NOT SEALED<br><br><br>**TO BE FILED IN CAMERA<br>AND UNDER SEAL** |

**STIPULATION & ORDER OF DISMISSAL *ONLY* AS TO
MEDCATH CORPORATION, ARIZONA HEART HOSPITAL, HEART
HOSPITAL OF AUSTIN, HEART HOSPITAL OF BAKERSFIELD, HEART
HOSPITAL OF NEW MEXICO, LOUISIANA HEART HOSPITAL AND
TEXSAN HEART HOSPITAL**

WHEREAS the United States of America and Relators have reached a settlement of the allegations in the Third Amended Complaint with the following defendants: MedCath Corporation, Arizona Heart Hospital, Heart Hospital of Austin, Heart Hospital of Bakersfield, Heart Hospital of New Mexico, Louisiana Heart Hospital and TexSan Heart Hospital (collectively "MedCath"); and

1

WHEREAS a Settlement Agreement between the United States, Relators and MedCath has been executed; and

WHEREAS the Relators stipulate that the Settlement Agreement is fair, adequate, and reasonable under all the circumstances under 31 U.S.C. § 3730(c)(2)(B); and

WHEREAS all parties affirm their consent to the stipulation as evidenced by their signatures attached hereto.

**IT IS THEREFORE ORDERED** that:

1. Consistent with the terms and conditions of the Settlement Agreement between the United States, Relators and MedCath, the Third Amended Complaint is dismissed with prejudice only as to MedCath.

2. The Court shall retain jurisdiction over any disputes that may arise regarding compliance with the Settlement Agreement.

IT IS SO ORDERED.

October 3, 2013
Miami, Florida

_____
United States District Judge

2

STIPULATED AND AGREED TO BY:

FOR THE UNITED STATES:

*(signature)*                                      Dated: 10.1.13

Jeffrey W. Dickstein
Assistant United States Attorney

Attorney for Plaintiff
United States of America


FOR THE RELATORS:

*(signature)*                                      Dated October 1, 2013

Bryan A. Vroon, Esq.
Law Offices of Bryan A. Vroon, LLC
1718 Peachtree Street, Suite 1088
Atlanta, GA 30309

Counsel for Leatrice Ford and Thomas Schuhmann


FOR MEDCATH:

*(signature)*                                      Dated 1 Oct 2013

Thomas C. Fox
Reed Smith LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, DC 20005

Daniel A. Cody
Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105

Counsel to MedCath