IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20071-CIV-HUCK/SIMONTON

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, LEATRICE FORD and THOMAS SCHUHMANN,<br><br>Plaintiffs,<br><br>vs.<br><br><br>Defendants (listed on Attachment A)<br><br><br>*et al.* [UNDER SEAL] | Per Local Rule 5.4(d), the matter(s) shall remain sealed:<br>___ years; ___ (specific date);<br>___ permanently; _✓_ (other) *until Court order*<br><br><br>**TO BE FILED IN CAMERA AND UNDER SEAL**<br><br><br>✓ SEALED<br>___ NOT SEALED |

## ORDER

WHEREAS, the United States filed a Notice of Intervention and Joint Stipulation and Order of Dismissal only as to the defendants listed in Attachment A to the Notice of Intervention of Certain Defendants (collectively "May and June 2014 Settling Defendants"), it is hereby

ORDERED that this Notice of Intervention be unsealed, and

FURTHER ORDERED that the Joint Stipulation of Dismissal be unsealed, and

FURTHER ORDERED that the Relators' Complaint and Amended Complaints remain under seal and not be made public or served upon any remaining Defendants, and

FURTHER ORDERED that all other contents of the matters previously filed in this action (including, but not limited to, any applications filed by the United States for extensions of

the sixty-day investigative period and/or status reports, any applications for partial lifting of the seal, and any orders previously entered in this matter), should remain under seal and not be made public or served upon any Defendants.

IT IS SO ORDERED.   July 7, 2014

_____
United States District Judge

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing United States' Notice of Intervention Only As to Certain Defendants, has been served, electronically, this 2nd day of July, 2014 on counsel for Relators and each of the May and June 2014 Settling Defendants.

_/s/ Jeffrey W. Dickstein_
Jeffrey W. Dickstein
Assistant United States Attorney
Florida Bar No. 434892
99 NE 4th Street, Suite 300
Miami, Florida 33132
TEL: (305) 961-9453
FAX: (305) 536-4101
Email: Jeffrey.Dickstein@usdoj.gov