Per Local Rule 5.4(d), the matter(s) shall remain sealed:
\_\_\_\_ years; \_\_\_\_ (specific date);
\_\_\_\_ permanently; \_\_\_\_ (other).

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20071-CIV-HUCK/SIMONTON

UNITED STATES OF AMERICA, *ex rel.*, )
LEATRICE FORD and THOMAS SCHUHMANN )
)
    Plaintiffs, )
)
vs. )
)
) **TO BE FILED IN CAMERA**
) **AND UNDER SEAL**
Defendants (listed on Attachment A) )
)
*et al.* [UNDER SEAL] )
)

\_\_ SEALED
\_\_ NOT SEALED

**JOINT STIPULATION & ORDER OF DISMISSAL *ONLY* AS TO CERTAIN DEFENDANTS**

WHEREAS the United States of America and Relators have reached a settlement of the allegations in the Third Amended Complaint with the defendants listed in Attachment A (hereafter referred to as "May and June 2014 Settling Defendants"); and

WHEREAS Settlement Agreements between the United States, Relators and each of the May and June 2014 Settling Defendants have been executed; and

WHEREAS the Relators stipulate that these Settlement Agreements are fair, adequate, and reasonable under all the circumstances under 31 U.S.C. § 3730(c)(2)(B); and

WHEREAS all parties affirm their consent to the Joint Stipulation as evidenced by their signatures attached hereto.

1

**IT IS THEREFORE ORDERED** that:

1.  Consistent with the terms and conditions of the Settlement Agreements between the United States, Relators and the May and June 2014 Settling Defendants, the Third Amended Complaint is dismissed with prejudice only as to the May and June 2014 Settling Defendants.

2.  The Court shall retain jurisdiction over any disputes that may arise regarding compliance with the Settlement Agreements.

IT IS SO ORDERED.   July 7, 2014

_____
United States District Judge