## ATTACHMENT A

ALLINA HOSPITALS & CLINICS
ABBOTT NORTHWESTERN HOSPITAL (240057)
MERCY HOSPITAL (240115)
UNITED HOSPITAL (240038)
UNITY HOSPITAL (240132)

BANNER HEALTH
BANNER BAYWOOD HEART HOSPITAL (030105)
BANNER GOOD SAMARITAN MEDICAL CENTER (030002)
DESERT SAMARITAN MEDICAL CENTER (030065)
MCKEE MEDICAL CENTER (060030)
NORTH COLORADO MEDICAL CENTER (060001)
THUNDERBIRD SAMARITAN MEDICAL CENTER (030089)
WALTER O. BOSWELL MEMORIAL HOSPITAL (030061)

BAPTIST MEMORIAL HEALTH CARE CORPORATION
BAPTIST MEMORIAL HOSPITAL DESOTO (250141)
BAPTIST MEMORIAL HOSPITAL MEMPHIS (440048)
BAPTIST MEMORIAL HOSPITAL NORTH MISS (250034)
BAPTIST MEMORIAL HOSPITAL-GOLDEN TRIANGLE (250100)

COOPER HEALTH SYSTEM a/k/a COOPER UNIVERSITY HOSPITAL (310014)

MCLAREN HEALTH CARE
BAY REGIONAL MEDICAL CENTER (230041)
INGHAM REGIONAL MEDICAL CENTER (230167)
MCLAREN REGIONAL MEDICAL CENTER (230141)
MOUNT CLEMENS GENERAL HOSPITAL (230227)
NORTHERN MICHIGAN HOSPITAL (230105)

OKLAHOMA HEART HOSPITAL (370215)

ROBERT WOOD JOHNSON HEALTH NETWORK
ROBERT WOOD JOHNSON UNIVERSITY HOSPITAL (310038)

SCRIPPS HEALTH
SCRIPPS GREEN HOSPITAL (050424)
SCRIPPS MEMORIAL HOSPITAL-ENCINITAS (050503)
SCRIPPS MEMORIAL HOSPITAL-LA JOLLA (050324)
SCRIPPS MERCY HOSPITAL (050077)
SCRIPPS MEMORIAL HOSPITAL-CHULA VISTA (050270)

SISTERS OF MERCY HEALTH SYSTEM
MERCY HEALTH CENTER (370013)
ST. MARY'S HOSPITAL (040010)
ST. EDWARD MERCY MEDICAL CENTER (040062)
ST. JOHN'S MERCY MEDICAL CENTER (260020)
ST. JOHN'S REGIONAL HEALTH CENTER (260065)
ST. JOHN'S REGIONAL MEDICAL CENTER (260001)
ST. JOSEPH'S MERCY HEALTH CENTER (040026)

ST. AGNES HOSPITAL (210011)

ST. JOSEPH MEDICAL CENTER (260085)

ST. VINCENT'S EAST HOSPITAL (010011)

ST. VINCENT'S MEDICAL CENTER (070028)

VALLEY HEALTH SYSTEM, INC.
THE VALLEY HOSPITAL (310012)

STIPULATED AND AGREED TO BY:

FOR THE UNITED STATES:

Jeffrey W. Dickstein
Assistant United States Attorney

Dated: 7/2/14

Attorney for Plaintiff
United States of America

FOR THE RELATORS:

Bryan A. Vroon, Esq.
Law Offices of Bryan A. Vroon, LLC
1718 Peachtree Street, Suite 1088
Atlanta, GA 30309

Dated June 24, 2014

Counsel for Leatrice Ford and Thomas Schuhmann

3

FOR ALLINA HOSPITALS AND CLINICS:

Dated 24 June 2014

Steve Lokensgard, Esq.
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Counsel for Allina Health

FOR BANNER HEALTH:

Dated 6/26/14

David S. Rosenbloom, Esq.
McDermott Will & Emery LLP
227 West Monroe Street, 44th Floor
Chicago, IL 60606

Counsel for Banner Health

FOR BAPTIST MEMORIAL HEALTH CARE CORPORATION:

_____          Dated ___6-24-14___

Jim Wilson, Esq.
Max Shelton, Esq.
Harris Shelton Hanover Walsh, PLLC
One Commerce Square
Suite 2700
Memphis, TN 38103-2555

Counsel for Baptist Memorial Health Care Corporation

FOR COOPER UNIVERSITY HOSPITAL:

Dated _June 24 2014_

Gary J. Lesneski, Esq.
Cooper University Hospital
Three Cooper Plaza
Suite 316
Camden, NJ 08103

Counsel for Cooper University Hospital

FOR MCLAREN HEALTH CARE:

_Joseph T. Aoun_                          Dated   6/23/14
Joseph T. Aoun, Esq.
Joseph G.Nuyen, Esq.
Nuyen, Tomtishen and Aoun, P.C.
2001 Commonwealth Blvd
Suite 300
Ann Arbor, MI 48105

Counsel for McLaren Health Care

FOR OKLAHOMA HEART HOSPITAL:

_Richard Mullins_                    Dated _6 / 24 / 14_
Richard Mullins, Esq.
Elizabeth D. Tyrrell, Esq.
McAfee & Taft
211 N. Robinson
Two Leadership Square, 10th Floor
Oklahoma City, OK 73102

Counsel for Oklahoma Heart Hospital

FOR ROBERT WOOD JOHNSON UNIVERSITY HOSPITAL:

Jack Wenik, Esq.                          Dated 6 15 ( 14
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102

Counsel for Robert Wood Johnson University Hospital

FOR SCRIPPS HEALTH:

Dated  6-30-14

Mark Hardiman, Esq.
Nelson Hardiman, LLP
11835 W. Olympic Blvd.
Suite 900
Los Angeles, CA 90064

Counsel for Scripps Health

FOR SISTERS OF MERCY HEALTH SYSTEM:

Dated  6/25/14

Jan Paul Miller, Esq.
Evan Raskas Goldfarb, Esq.
Thompson Coburn LLP
One US Bank Plaza
St. Louis, Missouri 63101

Counsel for Sisters of Mercy Health System

FOR ST. AGNES HOSPITAL:

_Scott Taebel_     Dated _6/24/2014_

Scott W. Taebel, Esq.
Katherine A. Kuchan, Esq.
Hall, Render, Killian, Heath & Lyman, P.C.
111 East Kilbourn Avenue, Suite 1300
Milwaukee, WI 53202

Counsel for St. Agnes Hospital

FOR ST. JOSEPH MEDICAL CENTER:

Dated 6/24/2014

Scott W. Taebel, Esq.
Katherine A. Kuchan, Esq.
Hall, Render, Killian, Heath & Lyman, P.C.
111 East Kilbourn Avenue, Suite 1300
Milwaukee, WI 53202

Counsel for St. Joseph Medical Center

FOR ST. VINCENT'S MEDICAL CENTER:

*Scott Taebel*                          Dated 6/24/2014

Scott W. Taebel, Esq.
Katherine A. Kuchan, Esq.
Hall, Render, Killian, Heath & Lyman, P.C.
111 East Kilbourn Avenue, Suite 1300
Milwaukee, WI 53202

Counsel for St. Vincent's Medical Center

FOR ST. VINCENT'S EAST HOSPITAL:

_Scott Taubel_                              Dated _6/24/2014_

Scott W. Taebel, Esq.
Katherine A. Kuchan, Esq.
Hall, Render, Killian, Heath & Lyman, P.C.
111 East Kilbourn Avenue, Suite 1300
Milwaukee, WI 53202

Counsel for St. Vincent's East Hospital

FOR VALLEY HEALTH SYSTEM:

Dated  6/30/14

Robin L. Goldfischer, Esq.
Valley Health System
223 N. Van Dien Avenue
Ridgewood, NJ 07450

Counsel for Valley Health System