Sealed

FILED by_____ D.C.

DEC 29 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20071-CIV-HUCK/SIMONTON

UNITED STATES OF AMERICA, *ex rel.*,  )
LEATRICE FORD and THOMAS SCHUHMANN  )
                                    )
    Plaintiffs,                       )
                                    )
vs.                                 )
                                    )
                                    )  **TO BE FILED IN CAMERA**
                                    )  **AND UNDER SEAL**
Defendants (listed on Attachment A) )
                                    )
                                    )
*et al.*   [UNDER SEAL]             )
                                    )
                                    )
                                    )

**UNITED STATES' NOTICE OF INTERVENTION FOR THE PURPOSE OF
SETTLEMENT *ONLY* AS TO CERTAIN DEFENDANTS**

Pursuant to 31 U.S.C. §3730(b)(4)(B), the United States hereby notifies the Court of its election to intervene in this action for the purpose of settlement and dismissal *only* as to the defendants listed on Attachment A (hereafter referred to as "December 2014 Settling Defendants"). The United States is filing contemporaneously herewith a Joint Stipulation of Dismissal providing for the dismissal of all claims against the December 2014 Settling Defendants. The United States respectfully requests that the action remain under seal as to all remaining Defendants.

The United States hereby requests that the Court:

(a) **unseal** this Notice of Intervention;

(b) **unseal** the Joint Stipulation of Dismissal; and

(c) **maintain under seal** the Relators' Complaint and all Amended Complaints; and

(d) **maintain under seal** all other contents of the matters previously filed in this action (including, but not limited to, any applications filed by the United States for extensions of the sixty-day investigative period and/or status reports, any applications for partial lifting of the seal, and any orders previously entered in this matter) and that these documents not be made public or served upon any Defendant unless otherwise ordered by the Court.

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

WIFREDO A. FERRER
United States Attorney

By _____
JEFFREY W. DICKSTEIN
Assistant United States Attorney
Florida Bar No. 434892
99 NE 4th Street, Suite 300
Miami, Florida 33132
TEL: (305) 961-9453
FAX: (305) 536-4101
Email: Jeffrey.Dickstein@usdoj.gov


MICHAEL D. GRANSTON
JAMIE ANN YAVELBERG
AMY L. EASTON
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 261, Ben Franklin Station

Washington, D.C. 20044
Tel: (202) 353-2685
Fax: (202) 514-0280

Counsel for the United States

Dated: December 29th, 2014

**ATTACHMENT A**

ADVENTIST HEALTH SYSTEM
ADVENTIST LA GRANGE MEMORIAL HOSPITAL (140065)
FLORIDA HOSPITAL (100007)
FLORIDA HOSPITAL WATERMAN (100057)
HINSDALE HOSPITAL (140122)
MEMORIAL HOSPITAL FLAGLER (100118)
MEMORIAL HOSPITAL ORMOND/PENNINSULA (100068)
METROPLEX HOSPITAL (450152)
SHAWNEE MISION MEDICAL CENTER (170104)

ADVOCATE HEALTH CARE
ADVOCATE LUTHERAN GENERAL HOSPITAL (140223)
ADVOCATE NORTHSIDE HEALTH SYSTEM (140182)
BROMENN REGIONAL MEDICAL CENTER (140127)
CHRIST HOSPITAL (140208)
CONDELL MEDICAL CENTER (140202)
GOOD SAMARITAN HOSPITAL (140288)
GOOD SHEPHERD HOSPITAL (140291)
SOUTH SUBURBAN HOSPITAL (140250)

CATHOLIC HEALTH INITIATIVES
GOOD SAMARITAN HOSPITAL (280009)
MEMORIAL HOSPITAL (440091)
MERCY REGIONAL MEDICAL CENTER (060013)
NEBRASKA HEART INSTITUTE HEART HOSP (280128)
SAINT ELIZABETH REGIONAL MEDICAL CTR (280020)
ST. JOSEPH HOSPITAL-AMENDED (180010)
ST JOSEPH MEDICAL CENTER (500108)
ST. JOSEPH MEDICAL CENTER (210007)
ST. JOSEPH MEDICAL CENTER (390096)
ST VINCENT INFIRMARY MEDICAL CENTER (040007)
ST. LUKE S EPISCOPAL HOSPITAL (450193)

CHRISTIANA CARE HEALTH SYSTEM
CHRISTIANA CARE HEALTH SERVICES (080001)

FRANCISCAN MISSIONARIES OF OUR LADY HEALTH SYSTEM
OUR LADY OF LOURDES REG. MED. CTR. (190102)
OUR LADY OF THE LAKE RMC (190064)
ST. FRANCIS MEDICAL CENTER (190125)
ST. FRANCIS NORTH HOSPITAL (190197)

INDIANA HEART HOSPITAL LLC (150154)

INTERMOUNTAIN HEALTH CARE, INC
LDS HOSPITAL (460010)
MCKAY-DEE HOSPITAL CENTER (460004)
UTAH VALLEY REG. MED. CTR. (460001)

KING'S DAUGHTERS MEDICAL CENTER (180009)

MEDICAL CENTER OF CENTRAL GEORGIA (110107)

PROVIDENCE HEALTH CENTER (450042)

SSM HEALTH CARE
GOOD SAMARITAN REGIONAL HEALTH CTR. (140046)
HOSPITAL (260104)
ST JOSEPH HOSPITAL (260081)
ST. ANTHONY HOSPITAL (370037)
ST. JOSEPH HEALTH CENTER (260005)
ST. MARY S HEALTH CENTER (260091)
ST. MARY S HOSPITAL (140034)
ST. MARYS HOSPITAL MED CTR MADISON (520083)

ST. VINCENT HOSPITAL & HCC (150084)

UNIVERSITY OF PITTSBURGH MEDICAL CENTER
HAMOT MEDICAL CENTER (390063)
THE MERCY HOSPITAL OF PITTSBURGH (390028)
UPMC PASSAVANT (390107)
UPMC PRESBYTERIAN SHADYSIDE (390164)

WAKEMED
WAKEMED RALEIGH CAMPUS (340069)