**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 08-20071-CIV-HUCK/SIMONTON**

UNITED STATES OF AMERICA, *ex rel.*,
LEATRICE FORD and THOMAS SCHUHMANN

Plaintiffs,

vs.

Defendants (listed on Attachment A)

*et al.* [UNDER SEAL]

**TO BE FILED IN CAMERA AND UNDER SEAL**

**JOINT STIPULATION & ORDER OF DISMISSAL *ONLY* AS TO CERTAIN DEFENDANTS**

WHEREAS the United States of America and Relators have reached a settlement of the allegations in the Third Amended Complaint with the defendants listed in Attachment A (hereafter referred to as "December 2014 Settling Defendants"); and

WHEREAS Settlement Agreements between the United States, Relators and each of the December 2014 Settling Defendants have been executed; and

WHEREAS the Relators stipulate that these Settlement Agreements are fair, adequate, and reasonable under all the circumstances under 31 U.S.C. § 3730(c)(2)(B); and

WHEREAS all parties affirm their consent to the Joint Stipulation as evidenced by their signatures attached hereto.

**IT IS THEREFORE ORDERED** that:

1. Consistent with the terms and conditions of the Settlement Agreements between the United States, Relators and the December 2014 Settling Defendants, the Third Amended Complaint is dismissed with prejudice only as to the December 2014 Settling Defendants.

2. The Court shall retain jurisdiction over any disputes that may arise regarding compliance with the Settlement Agreements.

IT IS SO ORDERED in Miami, Florida, December 30, 2014

United States District Judge

STIPULATED AND AGREED TO BY:

FOR THE UNITED STATES:

Jeffrey W. Dickstein
Assistant United States Attorney

Dated: 12/29/14

Attorney for Plaintiff
United States of America

FOR THE RELATORS:

Bryan A. Vroon
Law Offices of Bryan A. Vroon, LLC
1718 Peachtree Street, Suite 1088
Atlanta, GA 30309

Dated December 22, 2014

Counsel for Leatrice Ford and Thomas Schuhmann

FOR ADVENTIST HEALTH SYSTEM:

______________________ Dated 12/19/14

Gabriel L. Imperato
Broad and Cassel
100 S.E. 3rd Avenue
Suite 2700
Fort Lauderdale, FL 33394

Counsel to Adventist Health System

FOR ADVOCATE HEALTH AND HOSPITAL CORPORATION:

______________________________ Dated 12-17-14

Daniel S. Reinberg
Asher D. Funk
Polsinelli PC
161 N. Clark Street
Suite 4200
Chicago, Illinois 60601

Counsel to Advocate Health and Hospital Corporation
Listed in the Complaint as Advocate Health Care

FOR CATHOLIC HEALTH INITIATIVES:

______________________ Dated 12-17-14

Daniel S. Reinberg
Asher D. Funk
Polsinelli PC
161 N. Clark Street
Suite 4200
Chicago, IL 60601

Counsel to Catholic Health Initiatives

FOR CHRISTIANA CARE HEALTH SERVICES, INC.:

[signature] Dated 12/18/14

Adam Balick
Balick & Balick, LLC
711 King St.
Wilmington, DE 19801

Counsel for Christiana Care Health Services, Inc.
Listed in the Complaint as Christiana Care Health System

FOR FRANCISCAN MISSIONARIES OF OUR LADY HEALTH SYSTEM, INC.:

Julie E. Kass Dated 12/22/14

Julie E. Kass
OBER | KALER
120 E. Baltimore Street
Baltimore, MD 21202-1674

Counsel to Franciscan Missionaries of Our Lady Health System, Inc.
Listed in the Complaint as Franciscan Missionaries of Our Lady Health System

FOR INDIANA HEART HOSPITAL LLC:

George B. Breen

Dated 12·23·14

George B. Breen
David Matyas
Emily E. Bajcsi
Epstein, Becker & Green
1227 25th Street, NW
Washington, D.C. 20037

Counsel to Indiana Heart Hospital LLC

FOR IHC HEALTH SERVICES, INC:

______________________________ Dated 12/19/14

Frank Sheeder
Bradley Smyer
DLA Piper
1717 Main Street, Suite 4600
Dallas, Texas 75201-4629

Counsel to IHC Health Services, Inc.
Listed in the Complaint as Intermountain Health Care, Inc.

FOR ASHLAND HOSPITAL CORPORATION:

_______________________ Dated 12-18-14

Sarah Reimers McIntee
Mike Ruggio
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, N.W.
Suite 900
Washington, D.C. 20001

Counsel to Ashland Hospital Corporation
Listed in the Complaint as King's Daughters Medical Center

FOR MEDICAL CENTER OF CENTRAL GEORGIA, INC.:

______________________________ Dated 12/19/14

Richard L. Shackelford
Lynn M. Adam
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309

Counsel to Medical Center of Central Georgia, Inc.
Listed in the Complaint as Medical Center of Central Georgia

FOR PROVIDENCE HEALTH CENTER:

Katherine A. Kuchan Dated 12/19/14

Scott W. Taebel
Katherine A. Kuchan
Hall, Render, Killian, Heath & Lyman, P.C.
111 East Kilbourn Avenue
Suite 1300
Milwaukee, WI 53202

Counsel to Providence Health Center

FOR SSM HEALTH CARE CORPORATION:

[signature] Dated 12/17/2014

Kathy H. Butler
Kevin F. Hormuth
Greensfelder Hemker & Gale, P.C.
10 South Broadway
Suite 2000
St. Louis, MO 63102

Counsel to SSM Health Care Corporation
Listed in the Complaint as SSM Health Care

FOR ST. VINCENT HOSPITAL AND HEALTH CARE CENTER, INC.:

Katherine A. Kuchan Dated 12/19/14

Scott W. Taebel
Katherine A. Kuchan
Hall, Render, Killian, Heath & Lyman, P.C.
111 East Kilbourn Avenue
Suite 1300
Milwaukee, WI 53202

Counsel to St. Vincent Hospital and Health Care Center, Inc.
Listed in the Complaint as St. Vincent Hospital & HCC

FOR UPMC:

Dated 12-23-14

Bryant B. Wesley
UPMC Corporate Legal Department
600 Grant Street, 57th Floor
Pittsburgh, PA 15219

Counsel to UPMC
Listed in the Complaint as University of Pittsburgh Medical Center

FOR WAKEMED:

Maureen Demarest Murray — Dated 12-18-14

Maureen Demarest Murray
Lisa Kaminski Shortt
Smith Moore Leatherwood LLP
300 North Greene Street, Suite 1400
Greensboro, NC 27401

Counsel to WakeMed