IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20071-CIV-HUCK/SIMONTON

UNITED STATES OF AMERICA, *ex rel.*,  )
LEATRICE FORD and THOMAS SCHUHMANN  )
                                    )
    Plaintiffs,                     )
                                    )
vs.                                 )
                                    )
                                    )  **TO BE FILED IN CAMERA**
                                    )  **AND UNDER SEAL**
                                    )
Defendants (listed on Attachment A) )
                                    )
                                    )
*et al.*  [UNDER SEAL]              )
                                    )
                                    )
                                    )
   .                                )
_____)

FILED by _____ D.C.
OCT 01 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## UNITED STATES' NOTICE OF INTERVENTION FOR THE PURPOSE OF SETTLEMENT *ONLY* AS TO CERTAIN DEFENDANTS

Pursuant to 31 U.S.C. §3730(b)(4)(B), the United States hereby notifies the Court of its election to intervene in this action for the purpose of settlement and dismissal *only* as to the defendants listed on Attachment A (hereafter referred to as "October 2015 Settling Defendants"). The United States is filing contemporaneously herewith a Joint Stipulation of Dismissal providing for the dismissal of all claims against the October 2015 Settling Defendants. The United States respectfully requests that the action remain under seal as to all remaining Defendants.

The United States hereby requests that the Court:

(a) **unseal** this Notice of Intervention;

(b) **unseal** the Joint Stipulation of Dismissal; and

(c) **maintain under seal** the Relators' Complaint and all Amended Complaints; and

(d) **maintain under seal** all other contents of the matters previously filed in this action (including, but not limited to, any applications filed by the United States for extensions of the sixty-day investigative period and/or status reports, any applications for partial lifting of the seal, and any orders previously entered in this matter) and that these documents not be made public or served upon any Defendant unless otherwise ordered by the Court.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

WIFREDO A. FERRER
United States Attorney

By_____
JEFFREY W. DICKSTEIN
Assistant United States Attorney
Florida Bar No. 434892
99 NE 4th Street, Suite 300
Miami, Florida 33132
TEL: (305) 961-9453
FAX: (305) 536-4101
Email: Jeffrey.Dickstein@usdoj.gov

MICHAEL D. GRANSTON
JAMIE ANN YAVELBERG
AMY L. EASTON
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 261, Ben Franklin Station

        Washington, D.C. 20044
        Tel: (202) 353-2685
        Fax: (202) 514-0280

        Counsel for the United States

Dated: October 1, 2015

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing United States' Notice of Intervention Only As to Certain Defendants, has been served, electronically, this 1st day of October, 2015 on counsel for Relators and each of the October 2015 Settling Defendants.

*/s/ Jeffrey W. Dickstein*
Jeffrey W. Dickstein
Assistant United States Attorney
Florida Bar No. 434892
99 NE 4th Street, Suite 300
Miami, Florida 33132
TEL: (305) 961-9453
FAX: (305) 536-4101
Email: Jeffrey.Dickstein@usdoj.gov

## ATTACHMENT A

ASCENSION HEALTH
BAPTIST HOSPITAL (440133)
BORGESS MEDICAL CENTER (230117)
BRACKENRIDGE HOSPITAL (450124)
CARONDELET ST. JOSEPH HOSPITAL (030011)
COLUMBIA ST MARYS HOSPITAL MILWAUKEE (520051)
COLUMBIA ST. MARY S COLUMBIA CAMPUS (520140)
COLUMBIA ST. MARYS OZAUKEE CAMPUS (520027)
DCHSA-D.B.A. SETON MEDICAL CTR (450056)
GENESYS REGIONAL MEDICAL CTR. (230197)
MEDICAL CENTER EAST (010011)
MOUNT ST. MARY S HOSPITAL (330188)
PROVIDENCE HOSPITAL (010090)
PROVIDENCE HOSPITAL (090006)
PROVIDENCE HOSPITAL (230019)
SACRED HEART HOSPITAL (100025)
SAINT THOMAS HOSPITAL (440082)
ST MARY S MEDICAL CENTER (230077)
ST. JOHN HOSPITAL AND MEDICAL CENTER (230165)
ST. JOHN MACOMB HOSPITAL (230195)
ST. MARY S MEDICAL CENTER (150100)
ST. VINCENT HOSPITAL & HCC (150084)
TUCSON HEART HOSPITAL (030100)

BAPTIST HEALTH
BAPTIST MEDICAL CENTER SOUTH (010023)

BEAUMONT HOSPITALS
WILLIAM BEAUMONT HOSPITAL – ROYAL OA (230130)
WILLIAM BEAUMONT HOSPITAL – TROY (230269)

CATHOLIC HEALTH EAST
HOLY CROSS HOSPITAL (100073)
MERCY CATHOLIC MEDICAL CENTER (390156)
MERCY HOSPITAL INC. (100061)
NORTH RIDGE MEDICAL CENTER (100237)
OUR LADY OF LOURDES MED. CTR. (310029)
ST. FRANCIS TRENTON NJ (310021)
ST. FRANCIS WILMINGTON DE (080003)
ST. JOSEPH S HOSPITAL OF ATLANTA (110082)
ST. MARY MEDICAL CENTER (390258)
ST. MICHAELS MEDICAL CENTER (310096)
ST. PETER S HOSPITAL (330057)

THE MERCY HOSPITAL (220066)

COMMUNITY HEALTH SYSTEMS, INC.
BRANDYWINE HOSPITAL (390076)
CAROLINAS HOSPITAL SYSTEM (420091)
COLLEGE STATION MEDICAL CENTER (450299)
CRESTWOOD MEDICAL CENTER (010131)
DEACONESS HOSPITAL (370032)
DEACONESS MEDICAL CENTER (500044)
EASTERN NEW MEXICO MEDICAL CENTER (320006)
EASTON HOSPITAL (390162)
FLOWERS HOSPITAL (010055)
GADSDEN REGIONAL MEDICAL CENTER (010040)
LAREDO MEDICAL CENTER (450029)
LONGVIEW REGIONAL MED CTR (450702)
LUTHERAN HOSPITAL OF INDIANA (150017)
MOUNTAIN VIEW REG MED CTR (320085)
NC-SCHI INC.DBA ABILENE REG MED CTR (450558)
NORTHWEST MEDICAL CENTER (030085)
NORTHWEST MEDICAL CENTER OF WASHINGT (040022)
NW MEDICAL CENTER OF BENTON COUNTY (040138)
PHOENIXVILLE HOSPITAL (390127)
PORTER MEMORIAL HOSPITAL (150035)
RIVER REGION MEDICAL CORP (250031)
SOUTHCREST HOSPITAL (370202)
SPRINGS MEMORIAL HOSPITAL (420036)
ST JOSEPH MEDICAL CENTER (150047)
TRINITY MEDICAL CENTER (010104)
VICTORY MEMORIAL HOSPITAL (140084)
WATSONVILLE COMMUNITY (050194)
WESLEY MEDICAL CENTER (250094)
WESTERN ARIZONA REGIONAL MEDICAL CEN (030101)
WOODLAND HEIGHTS MEDICAL CENTER (450484)
WVHCS-HOSPITAL (390137)

HEALTH MANAGEMENT ASSOCIATES, INC.
CENTRAL MISSISSIPPI MED. CTR. (250072)
CHARLOTTE REGIONAL MEDICAL CENTER (100047)
HARTON REGIONAL MEDICAL CENTER (440144)
LANCASTER REGIONAL MEDICAL CENTER (390061)
MEDICAL CENTER OF MESQUITE (450031)
MIDWEST REGIONAL MEDICAL CENTER (370094)
NORTHWEST MS REG. MED. CENTER (250042)
RIVERVIEW REG L MEDICAL CENTER (010046)
SPARKS REGIONAL MEDICAL CENTER (040055)
STRINGFELLOW MEMORIAL HOSPITAL (010038)

VENICE REG L MEDICAL CENTER (100070)
YAKIMA REGIONAL MEDICAL & HEART CTR (500012)

HOSPITAL CORPORATION OF AMERICA (HCA) AKA HCA HOLDINGS, INC.
ALASKA REGIONAL HOSPITAL (020017)
AMENDED CORPUS CHRISTI MEDICAL CENTE (450788)
AVENTURA HOSPITAL & MED CTR (100131)
BLAKE MEDICAL CENTER (100213)
BRANDON REGIONAL MEDICAL CENTER (100243)
CAPITAL REGIONAL MED CNTR-AMENDED (100254)
CENTENNIAL MEDICAL CENTER (440161)
CENTRAL FLORIDA REGIONAL HOSPITAL (100161)
CJW MEDICAL CENTER (490112)
CLEAR LAKE REG MED CTR (450617)
CONROE REGIONAL MEDICAL CENTER (450222)
DEL SOL MEDICAL CENTER (450646)
FAIRVIEW PARK HOSPITAL (110125)
FAWCETT MEMORIAL HOSPITAL (100236)
HENRICO DOCTORS HOSPITAL - AMENDED (490118)
JFK MEDICAL CENTER (100080)
KENDALL REGIONAL MEDICAL CENTER (100209)
LAKEVIEW REGIONAL MEDICAL CENTER (190177)
LARGO MEDICAL CENTER (100248)
LEWIS GALE HOSPITAL (490048)
LOS ROBLES REGIONAL MEDICAL CENTER (050549)
MEDICAL CENTER OF PLANO (450651)
MEDICAL CITY DALLAS HOSPITAL (450647)
MEMORIAL HOSPITAL OF JACKSONVILLE (100179)
METHODIST HOSPITAL (450388)
NORTH FLORIDA REG MED CNTR (100204)
NORTHSIDE HOSPITAL & HEART INSTITUTE (100238)
OCALA REGIONAL MEDICAL CENTER (100212)
PARKRIDGE MEDICAL CENTER (440156)
PLAZA MEDIACL CTR FT WORTH (450672)
RAPIDES REGIONAL MEDICAL CENTER (190026)
REDMOND REGIONAL MEDICAL CENTER (110168)
REGIONAL MEDICAL CENTER BAYONET POIN (100256)
REGIONAL MEDICAL CENTER OF SAN JOSE (050125)
RESEARCH MEDICAL CENTER (260027)
RIO GRANDE REGIONAL HOSPITAL (450711)
RIVERSIDE COMMUNITY (050022)
SUNRISE HOSPITAL (290003)
TRIDENT REGIONAL MEDICAL CENTER (420079)
WESLEY MEDICAL CENTER (170123)
WEST FLORIDA HOSPITAL (100231)
WESTSIDE REGIONAL MEDICAL CENTER (100228)

IASIS HEALTHCARE
ALLIANCE HOSPITAL LTD (450868)
DAVIS HOSPITAL & MEDICAL CTR (460041)
GLENWOOD REGIONAL MED. CTR. (190160)
MESA GENERAL HOSPITAL (030017)
SALT LAKE REGIONAL MEDICAL CENTER (460003)
SOUTHWEST GENERAL HOSPITAL (450697)
ST. LUKE S MEDICAL CENTER (030037)
THE MEDICAL CENTER OF SOUTHEAST TEXA (450518)

NORTH MISSISSIPPI MEDICAL CENTER (250004)

PENINSULA REGIONAL MEDICAL CENTER (210019)

PROVIDENCE HEALTH SYSTEM
LITTLE COMPANY OF MARY HOSPITAL (050353)
PROVIDENCE ALASKA MEDICAL CENTER (020001)
PROVIDENCE GENERAL MEDICAL CENTER (500014)
PROVIDENCE HOLY CROSS MED. CENTER (050278)
PROVIDENCE PORTLAND MEDICAL CENTER (380061)
PROVIDENCE SAINT JOSEPH MED. CENTER (050235)
PROVIDENCE ST. PETER HOSPITAL (500024)
SACRED HEART MEDICAL CENTER (500054)
ST. PATRICK HOSPITAL (270014)
ST. VINCENT HOSPITAL MED CTR (380004)
TARZANA ENCINO REGIONAL MED CTR (050601)

THE QUEEN S MEDICAL CENTER (120001)

SAINT VINCENT HEALTH CENTER (390009)

TENET HEALTHCARE
BROOKWOOD MEDICAL CENTER (010139)
CREIGHTON UNIVERSITY MEDICAL CENTER (280030)
DELRAY MEDICAL CENTER (100258)
DES PERES MEDICAL CENTER (260176)
DOCTORS MEDICAL CENTER OF MODESTO (050464)
FLORIDA MEDICAL CENTER (100210)
FRYE REGIONAL MEDICAL CENTER (340116)
HAHNEMANN UNIVERSITY HOSPITAL (390290)
HOUSTON NORTHWEST MEDICAL CENTER (450638)
PALM BEACH GARDENS (100176)
PALMETTO GENERAL HOSPITAL (100187)
SAINT LOUIS UNIVERSITY HOSPITAL (260105)
SIERRA MEDICAL CENTER (450668)

ST. FRANCIS HOSPITAL (440183)

VANGUARD HEALTH SYSTEM AND DETROIT MEDICAL CENTER
BAPTIST HEALTH SYSTEM (450058)
MACNEAL HOSPITAL (140054)
SAINT VINCENT HOSPITAL (220176)
HARPER – HUTZEL HOSPITAL (230104)
SINAI-GRACE HOSPITAL (230024)

TRINITY HEALTH
HOLY CROSS HOSPITAL OF SILVER SPRING (210004)
MERCY GENERAL HEALTH PARTNER (230004)
MOUNT CARMEL HEALTH (360035)
SAINT AGNES MEDICAL CENTER (050093)
SAINT ALPHONSUS REGIONAL MED CENTER (130007)
SAINT MARY S MEDICAL CENTER (230059)
ST JOSEPH REG MED CTR – SB CAMPUS (150012)
ST. ANN S HOSPITAL (360012)
ST. JOSEPH MERCY HOSPITAL (230156)
ST. JOSEPH MERCY-OAKLAND (230029)
ST. MARY MERCY HOSPITAL (230002)

WINTHROP UNIVERSITY HOSPITAL (330167)