## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 08-20071-CIV-HUCK/SIMONTON

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, <br> LEATRICE FORD and THOMAS SCHUHMANN <br><br> Plaintiffs, <br><br> vs. <br><br><br> Defendants (listed on Attachment A) <br><br> *et al.*  [UNDER SEAL] | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   **TO BE FILED IN CAMERA** <br>  **AND UNDER SEAL** |

## JOINT STIPULATION & ORDER OF DISMISSAL *ONLY* AS TO CERTAIN DEFENDANTS

WHEREAS the United States of America and Relators have reached a settlement of the allegations in the Third Amended Complaint with the defendants listed in Attachment A (hereafter referred to as "October 2015 Settling Defendants"); and

WHEREAS Settlement Agreements between the United States, Relators and each of the October 2015 Settling Defendants have been executed; and

WHEREAS the Relators stipulate that these Settlement Agreements are fair, adequate, and reasonable under all the circumstances under 31 U.S.C. § 3730(c)(2)(B); and

WHEREAS all parties affirm their consent to the Joint Stipulation as evidenced by their signatures attached hereto.

**IT IS THEREFORE ORDERED** that:

1.      Consistent with the terms and conditions of the Settlement Agreements between the United States, Relators and the October 2015 Settling Defendants, the Third Amended Complaint is dismissed with prejudice <u>only</u> as to the October 2015 Settling Defendants.

2.      The Court shall retain jurisdiction over any disputes that may arise regarding compliance with the Settlement Agreements.


IT IS SO ORDERED in Miami, Florida, *Oct. 5* , 2015.


_____
United States District Judge

STIPULATED AND AGREED TO BY:

FOR THE UNITED STATES:

Dated: 10/1/15

Jeffrey W. Dickstein
Assistant United States Attorney

Attorney for Plaintiff
United States of America

FOR THE RELATORS:

Dated September 21, 2015

Bryan A. Vroon
Law Offices of Bryan A. Vroon, LLC
1718 Peachtree Street, Suite 1088
Atlanta, GA 30309

Counsel for Leatrice Ford and Thomas Schuhmann

FOR ASCENSION HEALTH:

Dated  9 / 10 / 2015

Katherine A. Kuchan
Scott W. Taebel
Hall, Render, Killian, Heath & Lyman, P.C.
111 East Kilbourn Avenue
Suite 1300
Milwaukee, WI  53202

Counsel to Ascension Health

FOR THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, AN AFFILIATE
OF UAB HEALTH SYSTEMS D/B/A BAPTIST MEDICAL CENTER SOUTH:


Dated _9/9/15_

Anthony A. Joseph
R. Harrison Smith III
Maynard Cooper & Gale PC
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203

Counsel to The Health Care Authority for Baptist Health, an Affiliate of UAB Health
Systems d/b/a Baptist Medical Center South
Listed in Complaint as Baptist Medical Center South

5

FOR WILLIAM BEAUMONT HOSPITAL d/b/a/ BEAUMONT HEALTH SYSTEM:


Mary Elizabeth Derwin
William Beaumont Hospital
3601 W. Thirteen Mile Road
Royal Oak, MI 48073

Dated 9/11/15

Counsel to William Beaumont Hospital d/b/a/ Beaumont Hospital System
Listed in Complaint as Beaumont Hospitals

FOR TRINITY HEALTH CORPORATION AS
SUCCESSOR IN INTEREST TO THE
CATHOLIC HEALTH EAST ENTITIES


_____                    Dated _____9/11/15_____

Bruce A. Levy
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

Gabriel L. Imperato
Broad and Cassel
100 S.E. 3rd Avenue
Suite 2700
Fort Lauderdale, FL 33394

Counsel for Trinity Health Corporation
As Successor In Interest to the
Catholic Health East Entities

Listed in the Complaint as Catholic Health East

FOR COMMUNITY HEALTH SYSTEMS, INC.:


Gregory M. Luce                                    Dated _9/11/15_
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Ave, NW
Washington, D.C. 20005-2111

Counsel to Community Health Systems, Inc.

8

FOR HEALTH MANAGEMENT ASSOCIATES, INC.:


Richard Sauber
Dan Lerman
Robbins, Russell, Englert, Orseck,
Untereiner & Sauber LLP
1801 K Street NW, Suite 411-L
Washington, D.C. 20006

Dated  9/9/15

Counsel to Health Management Associates, Inc.

FOR HCA HOLDINGS, INC. A/K/A HOSPITAL CORPORATION OF AMERICA:

Dated 9/15/15

Alice Fisher
Daniel Meron
Latham & Watkins LLP
555 Eleventh Street NW Suite 1000
Washington, DC  20004-1304

Counsel to HCA Holdings, Inc. a/k/a Hospital Corporation of America

10

FOR IASIS HEALTHCARE CORPORATION:


Deborah K. Gardner /BF                    Dated  9/11/15
Deborah K. Gardner
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600

Brett R. Friedman
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Counsel for IASIS Healthcare Corporation
Listed in the Complaint as IASIS Healthcare

11

FOR NORTH MISSISSIPPI HEALTH SERVICES, INC. and NORTH MISSISSIPPI
MEDICAL CENTER, INC.:


Jeffrey S. Moore                          Dated  9-9-15
Phelps Dunbar LLP
One Mississippi Plaza
201 S. Spring Street, Seventh Floor
Tupelo, MS 38804

Counsel to North Mississippi Health Services, Inc. and North Mississippi Medical Center,
Inc.
Listed in the Complaint as North Mississippi Medical Center

12

FOR PENINSULA REGIONAL MEDICAL CENTER:


_____          Dated _7-/0 ~/5_

Jesse A. Witten
Mark H. M. Sosnowsky
Drinker Biddle & Reath, LLP
1500 K Street, NW
Washington, D.C. 20005-1209

Counsel to Peninsula Regional Medical Center

FOR PROVIDENCE HEALTH SYSTEM:


Dated   9/8/15

David B. Robbins
Renee M. Howard
Perkins Coie LLP
1201 Third Avenue
Suite 4900
Seattle, Washington 98101-3099

Counsel to Providence Health System

FOR THE QUEEN'S MEDICAL CENTER:


Katherine A. Kuchan                    Dated 9/10/2015
Scott W. Taebel
Hall Render Killian Heath & Lyman, P.C.
111 East Kilbourn Avenue
Suite 1300
Milwaukee, WI 53202

Counsel to The Queen's Medical Center

15

FOR SAINT VINCENT HEALTH CENTER:


Dated  9 -10-15

Jesse A. Witten
Mark H. M. Sosnowsky
Drinker Biddle & Reath, LLP
1500 K Street, NW
Washington, D.C. 20005-1209

Counsel to Saint Vincent Health Center

FOR TENET HEALTHCARE:


_Scott McBride_                          Dated ___9/11/15___

B. Scott McBride
Baker & Hostetler LLP
811 Main Street
Suite 1100
Houston, Texas 77002-6111

Peter Prieto
Podhurst Orseck, P.A.
25 West Flagler Street
Suite 800
Miami, Florida 33130

Counsel to Tenet Healthcare

FOR TRINITY HEALTH:


_Stephen G Sozio_                    Dated _09 / 09 / 2015_
Stephen G. Sozio
Jones Day
901 Lakeside Avenue
Cleveland, Ohio 44114-1190

Counsel to Trinity Health

FOR WINTHROP UNIVERSITY HOPITAL:

Dated 9/11/15

Robert A. Del Giorno
Garfunkel Wild, P.C.
111 Great Neck Road
Suite 503
Great Neck, NY 11021

Counsel to Winthrop University Hospital

19