Case 1:08-cv-20071-PCH *SEALED*   Document 69-1 *SEALED*   Entered on FLSD Docket 10/01/2015   Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 08-20071-CIV-HUCK/SIMONTON

UNITED STATES OF AMERICA, *ex rel.*,
LEATRICE FORD and THOMAS SCHUHMANN

    Plaintiffs,

vs.

Defendants (listed on Attachment A)

*et al.* [UNDER SEAL]

✓ SEALED
__ NOT SEALED

**TO BE FILED IN CAMERA AND UNDER SEAL**

Per Local Rule 5.4(d), the matter(s) shall remain sealed. – *further order of the Court*
___ years; ___ (specific date);
___ permanently; ✓ (other).

## ORDER

WHEREAS, the United States filed a Notice of Intervention and Joint Stipulation and Order of Dismissal only as to the defendants listed in Attachment A to the Notice of Intervention of Certain Defendants (collectively "October 2015 Settling Defendants"), it is hereby

ORDERED that this Notice of Intervention be unsealed, and

FURTHER ORDERED that the Joint Stipulation of Dismissal be unsealed, and

FURTHER ORDERED that the Relators' Complaint and Amended Complaints remain under seal and not be made public or served upon any remaining Defendants, and

FURTHER ORDERED that all other contents of the matters previously filed in this action (including, but not limited to, any applications filed by the United States for extensions of

the sixty-day investigative period and/or status reports, any applications for partial lifting of the seal, and any orders previously entered in this matter), should remain under seal and not be made public or served upon any Defendants.

IT IS SO ORDERED in Miami, Florida, October 5, 2015.

_____
United States District Judge