IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20071-CIV-HUCK/SIMONTON

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, ) <br> LEATRICE FORD and THOMAS SCHUHMANN ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> vs. ) <br>  ) <br>  ) ~~TO BE FILED IN CAMERA~~ <br>  ) ~~AND UNDER SEAL~~ <br> Defendants (listed on Attachment A) ) <br>  ) <br> *et al.* [UNDER SEAL] ) <br>  ) <br>  ) <br>  ) <br> _____ ) | |

## JOINT STIPULATION & ORDER OF DISMISSAL

WHEREAS the United States of America and Relators have reached a settlement of the allegations in the Third Amended Complaint with the defendants listed in Attachment A (hereafter referred to as "February 2016 Settling Defendants"); and

WHEREAS Settlement Agreements between the United States, Relators and each of the February 2016 Settling Defendants have been executed; and

WHEREAS the Relators stipulate that these Settlement Agreements are fair, adequate, and reasonable under all the circumstances under 31 U.S.C. § 3730(c)(2)(B); and

WHEREAS all parties affirm their consent to the Joint Stipulation as evidenced by their signatures attached hereto.

**IT IS THEREFORE ORDERED** that:

1. Consistent with the terms and conditions of the Settlement Agreements between the United States, Relators and the February 2016 Settling Defendants, the Third Amended Complaint is dismissed with prejudice <u>only</u> as to the February 2016 Settling Defendants.

2. The Court shall retain jurisdiction over any disputes that may arise regarding compliance with the Settlement Agreements.

IT IS SO ORDERED in Miami, Florida, February 16, 2016.

_____
United States District Judge

STIPULATED AND AGREED TO BY:

FOR THE UNITED STATES:

_[signature]_                                          Dated: _[handwritten date]_

Amy L. Easton
Senior Trial Counsel

Attorney for Plaintiff
United States of America


FOR THE RELATORS:

_[signature]_                                          Dated _[handwritten date]_

Bryan A. Vroon
Law Offices of Bryan A. Vroon, LLC
1766 West Paces Ferry Road
Atlanta, Georgia 30327

Counsel for Featrice Lord and Thomas Schuhmann

FOR ARKANSAS HEART HOSPITAL:


_____        Dated 9 Feb 2016
Daniel A. Cody
Reed Smith
101 Second Street, Suite 1800
San Francisco, CA 94105

Counsel to Arkansas Heart Hospital

FOR AURORA HEALTH CARE:

_____          Dated  2/9/16
David M. Glaser
Fredrikson & Byron
200 South Sixth Street #4000
Minneapolis, MN 55402-1425

Counsel to Aurora Health Care

FOR CLEVELAND CLINIC FOUNDATION:

_____  Dated 2/2/16
Stephen G. Sozio
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190

Counsel to Cleveland Clinic Foundation

FOR DIGNITY HEALTHCARE F/K/A CATHOLIC HEALTHCARE WEST:

_____     Dated  9 Feb 2016
Daniel A. Cody
Reed Smith LLP
101 Second Street
San Francisco, CA 94105

Counsel to Dignity Healthcare f/k/a Catholic Healthcare West

Listed in the Complaint as Dignity Health f/k/a Catholic Healthcare West

FOR MGH WIND DOWN, INC. F/K/A MARQUETTE GENERAL HOSPITAL, INC.:

_____     Dated 2-02-16
Gary J. Mouw
Varnum
Bridgewater Place
P.O Box 352
Grand Rapids, Michigan 49501

Counsel to MGH Wind Down, Inc. f/k/a Marquette General Hospital, Inc.

Listed in the Complaint as Marquette General Hospital

FOR MONONGALIA COUNTY GENERAL HOSPITAL COMPANY:

_William A. Wilmoth_      Dated _February 8, 2016_
William Wilmoth
Steptoe & Johnson PLLC
1233 Main Street, Suite 3000
Wheeling, WV 26003

Counsel to Monongalia County General Hospital Company

Listed in the Complaint as Monongalia General Hospital

FOR MOUNT SINAI MEDICAL CENTER:

_____   Dated 2-8-16
Roger S. Goldman
Daniel Meron
Latham & Watkins LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004-1304

Counsel to Mount Sinai Medical Center

10

FOR NACOGDOCHES COUNTY HOSPITAL DISTRICT D/B/A NACOGDOCHES MEMORIAL HOSPITAL:

_[signature]_   Dated 2/9/16
Lesley Reynolds
Jeffrey Layne
Norton Rose Fulbright US LLP
799 9th Street NW, Suite 1000
Washington, DC 20001

Counsel to Nacogdoches County Hospital District d/b/a Nacogdoches Memorial Hospital

Listed in the Complaint as Nacogdoches Memorial Hospital

FOR NORTHWELL HEALTH, INC.:

_____ Dated 2/8/2016
Deborah Kantar Gardner
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

Counsel to Northwell Health, Inc.

Listed in Complaint as North Shore-Long Island Jewish Health System

FOR SENTARA HEALTHCARE:

*/s/ Jesse A. Witten*            Dated 2/3/16

Jesse A. Witten
Drinker Biddle & Reath, LLP
1500 K Street, NW
Washington, D.C. 20005-1209

Counsel to Sentara Healthcare

FOR SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEM:

*Sean C. Cenawood*      Dated 2/3/16

Sean C. Cenawood
Susan J. Pappy
Dentons
1221 Avenue of the Americas
New York, NY 10020-1089

Counsel to Sisters of Charity of Leavenworth Health System