## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 08-20071-CIV-HUCK/SIMONTON

```
☐ SEALED
☒ NOT SEALED
```

UNITED STATES OF AMERICA, ex rel.,          )
LEATRICE FORD and THOMAS SCHUHMANN          )
                                            )
            Plaintiffs,                      )
                                            )
vs.                                          )
                                            )
                                            )   ~~TO BE FILED IN CAMERA~~
                                            )   ~~AND UNDER SEAL~~
Defendants (listed on Attachment A)          )
                                            )
                                            )
et al.  [UNDER SEAL]                         )
                                            )
                                            )
                                            )
                                            )

```
Per Local Rule 5.4(d), the matter(s)
shall remain sealed.
_____ years;_____ (specific date);
_____ permanently;_____ (other).
```

### ORDER

WHEREAS, the United States filed a Notice of Intervention and Joint Stipulation and Order of Dismissal only as to the defendants listed in Attachment A to the Notice of Intervention of Certain Defendants (collectively "February 2016 Settling Defendants"), and

WHEREAS the Relators have filed a Notice of Voluntary Dismissal of the Remaining Defendants and the United States has consented; it is hereby

ORDERED that this Notice of Intervention be unsealed, and

FURTHER ORDERED that the Joint Stipulation of Dismissal be unsealed, and

FURTHER ORDERED that the Relators' Notice of Voluntary Dismissal of the Remaining Defendants be unsealed, and

FURTHER ORDERED that the Relators' Complaint and Amended Complaints, Dkt Nos. 1, 4, 25 and 36, be unsealed, and

FURTHER ORDERED that all other contents of the matters previously filed in this action (including, but not limited to, any applications filed by the United States for extensions of the sixty-day investigative period and/or status reports, any applications for partial lifting of the seal, and any orders previously entered in this matter), should remain under seal and not be made public or served upon any Defendants.

IT IS SO ORDERED in Miami, Florida _February 17_, 2016.

United States District Judge

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing United States' Notice of Intervention Only As to Certain Defendants and Consent to Relators Notice of Voluntary Dismissal of the Remaining Defendants, has been served, electronically, this 16th day of February, 2016 on counsel for Relators and each of the February 2016 Settling Defendants.

Amy L. Easton
Senior Trial Counsel
United States Department of Justice
Civil Division, Fraud Section
601 D Street N.W. Room 9148
Washington, D.C. 20004

**ATTACHMENT A**

ARKANSAS HEART HOSPITAL (030102)

AURORA HEALTH CARE
AURORA BAYCARE MEDICAL CENTER (520193)
AURORA SINAI MEDICAL CENTER (520064)
ST. LUKE'S MEDICAL CENTER (520138)

CLEVELAND CLINIC FOUNDATION
CLEVELAND CLINIC HOSPITAL (100289)
CLEVELAND CLINIC HOSPITAL (360180)
FAIRVIEW HOSPITAL (360077)
HILLCREST HOSPITAL (360230)
LAKEWOOD HOSPITAL (360212)

DIGNITY HEALTH F/K/A CATHOLIC HEALTHCARE WEST
CHANDLER REGIONAL HOSPITAL (030036)
DOMINICAN HOSPITAL (050242)
FRENCH HOSPITAL MEDICAL CENTER (050232)
GLENDALE MEMORIAL HOSPITAL & HLTH CT (050058)
MARIAN MEDICAL CENTER (050107)
MEMORIAL HOSPITAL (050036)
MERCY GENERAL HOSPITAL (050017)
MERCY MEDICAL CENTER REDDING (050280)
MERCY SAN JUAN MEDICAL CENTER (050516)
NORTHRIDGE MEDICAL CENTER – ROSCOE (050116)
SEQUOIA HEALTH SERVICES (050197)
ST. BERNARDINE MEDICAL CENTER (050129)
ST. JOHN'S REGIONAL MEDICAL CENTER (050082)
ST. JOSEPH'S HOSPITAL & MED CTR (030024)
ST. JOSEPH'S MEDICAL CENTER (050084)
ST. MARY MEDICAL CENTER (050191)
ST. MARY'S MEDICAL CETER (050457)
ST. MARYS REGIONAL MEDICAL CENTER (290009)

MARQUETTE GENERAL HOSPITAL (230054)

MONONGALIA GENERAL HOSPITAL (510024)

MT. SINAI MEDICAL CENTER (100034)

NACOGDOCHES MEMORIAL HOSPITAL (450508)

NORTH SHORE-LONG ISLAND JEWISH HEALTH SYSTEM
HUNTINGTON HOSPITAL (330045)
LONG ISLAND JEWISH MEDICAL CENTER (330195)
LENOX HILL HOSPITAL (330119)
NORTH SHORE UNIVERSITY HOSPITAL (330106)
SOUTHSIDE HOSPITAL (330043)
STATEN ISLAND UNIVERSITY HOSPITAL (330160)

SENTARA HEALTHCARE
SENTARA LEIGH HOSPITAL (490046)
SENTARA NORFOLK GENERAL HOSPITAL (490007)
SENTARA OBICI HOSPITAL (490044)
SENTARA VA. BEACH GENERAL HOSPITAL (490057)

SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEM
PROVIDENCE MEDICAL CENTER (170146)
SAINT JOHN S HOSPITAL (050290)
SAINT VINCENT HEALTHCARE (270049)
ST. MARY S HOSPITAL & MEDICAL CENTER (060023)
ST. FRANCIS HEALTH CENTER (170016)